1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  ALMA KARINA OCHOA

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:16-cr-00198 LJO SKO
                                     )
12                  *Plaintiff,*     )
                                     )
13        v.                         )   WAIVER OF DEFENDANT'S PERSONAL
                                     )   PRESENCE; ORDER THEREON
14  ALMA KARINA OCHOA,               )
                                     )
15                  *Defendant.*     )
                                     )
16

17       Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Alma Karina Ochoa, having been

18  advised of her right to be present at all stages of the proceedings, hereby requests that this Court

19  proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.

20  Defendant agrees that her interests shall be represented at all times by the presence of her

21  attorney, the Office of the Federal Defender for the Eastern District of California, the same as if

22  Defendant were personally present, and requests that this court allow her attorney-in-fact to

23  represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney

24  that Defendant's presence is required will be deemed notice to the Defendant of the requirement

25  of his appearance at said time and place.

26  ///

27  ///

28  ///

Defendant makes this request because she resides in Riverside, California, and wishes to minimize the time and expense involved in traveling to Fresno for non-dispositive hearings. AUSA Ross Pearson has advised the defense that the government does not object to this request.

DATED: January 26, 2016          */s/ Alma Karina Ochoa*
                                 ALMA KARINA OCHOA
                                 Defendant


DATED: January 26, 2016          */s/ Eric V. Kersten*
                                 ERIC V. KERSTEN
                                 Assistant Federal Defender
                                 Attorney for Alma Karina Ochoa

### O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-dispositive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated: **January 26, 2017**          */s/ Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

2

Ochoa: Rule 43 Waiver