HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ALMA KARINA OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:16-cr-00198 LJO-SKO |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| ALMA KARINA OCHOA, | ) | |
| Defendant. | ) | |

On December 13, 2016, Alma Ochoa was granted pretrial release under numerous conditions of pretrial supervision. The Court ordered, as condition 7(f), that Ochoa "submit to drug and/or alcohol testing as approved by the Pretrial Services Officer." The Court further ordered, as condition 7(h), that Ochoa participate in counseling services "as approved by the PSO." Ms. Ochoa has entered a plea agreement and is awaiting sentencing. While she has performed well on pretrial release, she faces hardships obtaining transportation to counseling appointments and random drug tests. Given that Ms. Ochoa is awaiting sentencing and has performed well on pretrial release, the parties request that Ochoa's conditions of release may be modified to eliminate conditions 7(f) and 7(h).

Based of the foregoing, IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for Defendant Alma Karina Ochoa, that Ms. Ochoa's conditions of pretrial release may be modified to eliminate conditions

7(f) and 7(h). All other conditions of release will remain in full force and effect. The parties believe the remaining conditions are adequate to reasonably assure Ms. Ochoa's presence at all further proceedings, and to protect the safety of the community. Counsel have discussed the proposed modification with Pretrial Services Officers Olson and Gutierrez. Pretrial Services does not object to the proposed modification.

Respectfully submitted,

PHILIP A. TALBERT
United States Attorney

DATED: March 16, 2017     By:     */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: March 16, 2017     By:     /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ALMA KARINA OCHOA


O R D E R

Alma Karina Ochoa's conditions of pretrial release shall be modified to eliminate conditions 7(f) and 7(h).  All other conditions of release will remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 16, 2017**          /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE