| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | ALMA KARINA OCHOA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00198 LJO-SKO |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | SENTENCING; ORDER |
| | ) | |
| ALMA KARINA OCHOA, | ) | DATE: June 12, 2017 |
| | ) | TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Lawrence J. O'Neill |
| | ) | |

IT IS HEREBY STIPULATED by the parties hereto through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for Alma Karina Ochoa, that the sentencing hearing scheduled June 5, 2017 may be continued to June 12, 2017, or the soonest date thereafter convenient to the court.

Counsel for plaintiff out of the office this week, and defense counsel is out of the office following week, returning on June 5, 2017. This short continuance is requested to allow counsel an opportunity to attempt to resolve outstanding sentencing issues after both have returned to the office, and prior to sentencing.

///

///

The parties agree that the delay resulting from this request shall be excluded in the interests of justice, for continuity of counsel and effective defense investigation and preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILIP A. TALBERT
United States Attorney

DATED: May 23, 2017   By:   */s/ Ross Pearson*
ROSS PEARSON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 23, 2017   By:   /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
ALMA KARINA OCHOA

**O R D E R**

IT IS SO ORDERED.

Dated:   **May 23, 2017**           **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE