HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:16-cr-00198- LJO-SKO |
|---|---|---|
| Plaintiff, | ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| ALMA KARINA OCHOA, | ) | |
| Defendant. | ) | |

  Defendant, Alma Karina Ochoa, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her supervised release.

  Ms. Ochoa has completed more than half of her 36 month term of supervised release. She wishes to request early termination and contacted our office to assist her with filing a motion for early termination. Ms. Ochoa submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. Therefore, after reviewing Ms. Ochoa Financial Affidavit, it is respectfully recommended that counsel be appointed.

  DATED:  September 17, 2021      */s/ Eric V Kersten*
                  ERIC V. KERSTEN
                  Assistant Federal Defender
                  Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant Alma Karina Ochoa is financially unable to retain counsel at this time, the Court hereby appoint counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **September 20, 2021**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE